UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT LEWIS SMITH, | ) | CASE NO. ED CV 10-1119-GW (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| DERRAL G. ADAMS, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Amended Final Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 11, 2014.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\ED10CV01119GW-J.wpd